IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Tina Eileen Wheeler,                )<br>                                                     )<br>     Plaintiff,                              )<br>                                                     )     Civil Action No. 1:13-445-RMG<br>vs.                                               )<br>                                                     )<br>Carolyn W. Colvin, Acting Commissioner  )<br>of Social Security,                       )     **ORDER**<br>                                                     )<br>     Defendant.                         )<br>                                                     ) | |

    Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner of Social Security denying her disability claim. In accord with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 DSC, this matter was referred to a United States Magistrate Judge for pre-trial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on May 5, 2014, recommending that the decision of the Commissioner be affirmed. (Dkt. No. 19). The parties were advised of their right to file objections to the R & R and that a failure to file timely objections would result in limited review by the District Court and the waiver of the right of appeal of the District Court's judgment. (Dkt. No. 19 at 32). No party filed timely objections to the R & R.

    The Court has reviewed the R & R in this matter and finds that the R & R accurately sets forth the factual and legal issues present in this matter and properly concludes that the decision of the Commissioner should be affirmed. The Court hereby adopts the R & R as the order of this Court and affirms the decision of the Commissioner.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

May 23, 2014
Charleston, South Carolina